IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | CR409-04 |
| ANDRE JEROME ROUSE, | ) | |
| Defendant. | ) | |

### MINUTE ORDER

The above cause having come before the Court on the 2nd day of April, 2009, and the following rulings having been made orally, said rulings are hereby made the judgment of the Court:

Defendant's motion to suppress is TAKEN UNDER ADVISEMENT.

Defendant's motion for Jackson-Denno hearing is GRANTED.

Defendant's motion for notice by the government of the intention to rely upon other crimes evidence is GRANTED.

All other pretrial motions are MOOT.

**SO ORDERED** this 2nd day of April, 2009.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA