# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. CR409-004 |
| | ) | |
| ANDRE JEROME ROUSE | ) | |
| | ) | |
| Defendant | ) | |

## ORDER

Defendant Andre Jerome Rouse has filed a "Motion to Reconsider Denial of Bond." (Doc. 50.) He states that he was ordered "detained" by this Court because he had been denied a state bond on "charges arising out of the same incident" underlying his present federal charges. Now that he has been granted bond on the state charges, he asks this Court to admit him to pretrial release. (*Id.*)

Defendant's motion rests upon a fundamental mistake: this Court never denied him bond but instead previously set conditions for his release. (Doc. 25. (setting a $25,000 bond, among other release conditions).) Defendant's motion for reconsideration of the Court's order

of "detention" is therefore a non sequitur, for no such order was ever entered. His motion is **DENIED** as moot.

**SO ORDERED** this  30th  day of September, 2009.

/s/ G.R. SMITH
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**