UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

2009 NOV 30 PM 5: 51

| UNITED STATES OF AMERICA | ) | Case No. CR409-4 |
| --- | --- | --- |
| | ) | |
| v. | ) | VIO: 18 U.S.C. §922(k) |
| | ) | Possession of Firearm with an |
| ANDRE JEROME ROUSE | ) | Obliterated Serial Number |
| | ) | |

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Georgia hereby dismisses, with prejudice, the indictment herein, said dismissal being in the interests of justice. The Government respectfully represents that the defendant, **ANDRE JEROME ROUSE**, intends to enter a plea of guilty in the Superior Court of Chatham County to charges arising from the same conduct.

Respectfully submitted,

EDWARD J. TARVER
UNITED STATES ATTORNEY

*/s/ James D. Durham*
James D. Durham
Assistant United States Attorney
Georgia Bar No. 235515

*/s/ Cameron Heaps Ippolito*
Cameron Heaps Ippolito
Assistant United States Attorney
Virginia Bar No. 35831

Leave of court is granted for the filing of the foregoing dismissal, with prejudice, of Indictment No. CR409-4.

So ORDERED, this 30th day of November, 2009.

_____
HONORABLE WILLIAM T. MOORE, JR.
CHIEF UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA